## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Angel Love Miles

Plaintiff,

v.

Case No.: 1:20–cv–01135

Honorable Virginia M. Kendall

Board of Trustees of the University of Illinois, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, June 19, 2021:

MINUTE entry before the Honorable Young B. Kim: Parties have resolved this matter. Parties are urged to file their stipulation to dismiss the case without prejudice with the assigned District Judge as soon as possible. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned District Judge. Despite this termination, the parties are to contact this court directly by phone or by email if they are in need of its assistance. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.