## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Angel Love Miles

                       Plaintiff,

v.

                       Case No.: 1:20–cv–01135

                       Honorable Virginia M. Kendall

Board of Trustees of the University of Illinois, et al.

                       Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 22, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Parties have resolved the matter. Case is dismissed without prejudice and with leave to reinstate by 7/15/2021. If a motion to reinstate is not filed by 7/15/2021, the dismissal shall become final and will automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.